IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00822-LTB-MJW

BIRDIE, LLC, a limited liability company,
    Plaintiff,

v.

MON PETIT OISEAU, LLC, a limited liability company, and COLOR IMAGE APPAREL, INC., a California corporation,
    Defendants.

---

**DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

I, Richard P. Sybert, declare:

1. I am one of the attorneys of record in the above-entitled matter for Defendants Mon Petit Oiseau, LLC ("MPO") and Color Image Apparel, Inc. (collectively "MPO" or "Defendants"). I am an attorney duly licensed to practice law in all the courts in the states of California, Hawaii and Oregon, and of Hong Kong. Except where otherwise stated, I have personal knowledge of the matters stated herein, and if sworn as a witness could and would testify competently thereto.

2. Color Image Apparel, Inc. is the parent of MPO, and Birdie knows the relationship between these two entities.

3. In correspondence dated May 21, 2006, Defendants' counsel informed Birdie's counsel that "we do, in fact, intend to file a motion to dismiss or in the alternative to transfer the Colorado action should we not resolve this matter otherwise." A true and correct copy of this May 21, 2006 letter is attached hereto and incorporated

/ / /

- 1 -

herein as Exhibit A.

I declare on penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of August 2006 at San Diego, California.

/s/ Richard P. Sybert<br>Richard P. Sybert

# EXHIBIT A

**DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

RICHARD P. SYBERT
EMAIL RSYBERT@GORDONREES.COM
DIRECT DIAL (619) 230-7768

# GORDON & REES LLP

ATTORNEYS AT LAW
101 WEST BROADWAY
SUITE 1600
SAN DIEGO, CA 92101
PHONE: (619) 696-6700
FAX: (619) 696-7124
WWW.GORDONREES.COM

May 21, 2006

**by email DHendricks@mofo.com**

Mr. Douglas L. Hendricks
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105

Re:   *Birdie, LLC v. Mon Petit Oiseau et al.*, D.Colo. 06-CV-00822 LTB (MJW)
      *Mon Petit Oiseau v. Birdie, LLC et al.*, C.D.Cal. CV06-2646 RGK (JCx)

Dear Mr. Hendricks:

Thank you for your two letters of May 10 and 12, 2006. With regard to the latter, we have now stipulated to the extensions you have suggested in both actions, so that responses in both are now due June 12, 2006. Thank you for your cooperation and initiative in this regard.

With regard to the former and our telephone discussion of the same date, I acknowledge your explanation but do not accept that it derogates from the status of the Colorado suit as an improper anticipatory filing. You were on notice that we intended to file in the Central District of California. You could have filed there; or, called or written to discuss. The distinction drawn between Color Image Apparel and Mon Petit Oiseau is unavailing; one is the parent of the other.

Consequently, we do, in fact, intend to file a motion to dismiss or in the alternative to transfer the Colorado action should we not resolve this matter otherwise.

With regard to co-existence, my client is willing to discuss an agreement with yours, either in terms of channels of trade, whereby your client would be precluded from specialty retailers and boutiques, and mine from golf-related venues such as sporting goods stores and country clubs; or in terms of product line, whereby your client would be restricted to, and mine precluded from, golf-related clothing.

Yours truly,

GORDON & REES LLP

*[signature]*

Richard P. Sybert