IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00822-LTB-MJW

BIRDIE, LLC, a limited liability company,
    Plaintiff,

v.

MON PETIT OISEAU, LLC, a limited liability company, and COLOR IMAGE APPAREL, INC., a California corporation,
    Defendants.

## DECLARATION OF TRACY WILKINSON IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE

I, Tracy Wilkinson, declare:

1. I am the founder and fifty percent partner of Defendant Mon Petit Oiseau, LLC ("MPO"). I have been President of MPO since its inception in December 2005.

2. I designed the MPO trademarks at issue in this litigation and I reside in the Central District of California.

3. All of MPO's documents relevant to this litigation can be found in the Central District of California.

4. I was contacted by Plaintiff Birdie, LLC to design the Birdie line of clothing.

5. Huy Dang, a sales representative for MPO, was contacted by Birdie to represent the Birdie line of clothing. Huy Dang lives in Los Angeles, California.

6. Although MPO markets its goods throughout the United States, the majority of its goods are marketed in California, and more particularly, the Central District.

7.   None of MPO's employees or anticipated percipient witnesses reside in Colorado.

I declare on penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of August 2006 at Los Angeles, California.

/s/ Tracy Wilkinson
Tracy Wilkinson