IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00822-LTB-MJW

BIRDIE, LLC, a limited liability company,
  Plaintiff,

v.

MON PETIT OISEAU, LLC, a limited liability company, and COLOR IMAGE APPAREL, INC., a California corporation,
  Defendants.

**DECLARATION OF MARCO DEGEORGE IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

I, Marco DeGeorge, declare:

1. I am the managing partner of Defendant Mon Petit Oiseau, LLC ("MPO") and have been in that position since December, 2005. I am a fifty percent shareholder and Co-President of Defendant Color Image Apparel, Inc. and have been in that position since its incorporation in 2000. I reside in Los Angeles, California.

2. During a recent Fashion & Design Trade Event in Los Angeles, Birdie was listed in the directory with a San Francisco address.

3. The Association of Golf Merchandisers lists a San Francisco address for Birdie, as does Birdie's business card.

4. I am knowledgeable about Birdie's alleged infringement of the MPO

/ / /

/ / /

/ / /

/ / /

- 1 -

trademarks at issue.

I declare on penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 22nd day of August 2006 at Los Angeles, California.

/s/ Marco DeGeorge
Marco DeGeorge