IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00822-LTB-MJW

BIRDIE, LLC, a limited liability company,

    Plaintiff,

v.

MON PETIT OISEAU, LLC, a limited liability company, and COLOR IMAGE APPAREL, INC., a California corporation,

    Defendants.

---

**DECLARATION OF SERVICE IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

---

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 101 West Broadway, Suite 1600, San Diego, CA 92101. On August 22, 2006, I served the within documents:

- **REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

- **DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

- **DECLARATION OF TRACY WILKINSON IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

- **DECLARATION OF MARCO DEGEORGE IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

- **DECLARATION OF SERVICE IN SUPPORT OF REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO TRANSFER FOR CONVENIENCE**

**BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Gordon & Rees LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Douglas L. Hendricks, Esq.
Rosemary S. Tarlton, Esq.
Cathleen E. Stadecker, Esq.
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel:  (415) 268-7000
Fax:  (415) 268-7522
**Attorneys for Defendants**
DHendricks@mofo.com
RT©arlton@mofo.com
CStadecker@mofo.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 22nd day of August 2006 at San Diego, California.

/s/ Sharee L. Gill
Sharee L. Gill

CLRI/1037021/373860v.1